IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| KEVIN R. ADELL, individually; ) | Civil Action No. |
| KEVIN R. ADELL as the Personal ) | 2:23-cv-10957-JJCG-EAS |
| Representative of the ESTATE OF ) | |
| FRANKLIN Z. ADELL; RALPH G. ) | |
| LAMETI as Trustee of the ) | District Judge Jonathan J.C. Gray |
| ORCHARD LAKE PROPERTY ) | |
| TRUST; ADELL BROADCASTING ) | Magistrate Judge Elizabeth A. |
| CORP.; OAKLAND COUNTY ) | Stafford |
| TREASURER, STATE OF ) | |
| MICHIGAN, ) | |
| ) | |
| *Defendants.* ) | |

**JOINT STIPULATION REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RETRAINING ORDER AND PRELIMINARY INJUNCTION**

THE PARTIES submit the following Joint Stipulation to update the Court regarding the status of the parties' discussions with respect to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction:[1]

---

[1] For the avoidance of doubt, the Oakland County Treasurer, State of Michigan, has not been involved in discussions related to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

1) On September 11, 2023, the parties held productive discussions regarding the potential resolution of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

2) The parties are engaged in productive discussions to resolve Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction without further involvement by the Court and counsel have reached an initial agreement in principle with further negotiation necessary.

3) The parties require additional time to reduce the parties' current agreement to a written document and negotiate certain details related to such agreement.

4) The parties intend to negotiate and file a written document with the Court by <u>Friday, September 15, 2023</u> that memorializes the terms of the parties' agreement.

5) Accordingly, the parties respectfully request that the Court refrain from taking any action regarding Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction until after the filing of a document memorializing the parties' agreement on or before <u>Friday, September 15, 2023</u>, or earlier if

notified by one or both parties that the parties are unlikely to reach an agreement.

6)   In addition, even if the Federal Communications Commission granted approval between September 11, 2023, and September 15, 2023, the potential asset sale by and among Adell Broadcasting Corporation and Mission Broadcasting, Inc. will not close on or before <u>Monday, September 18, 2023</u>.

Dated:  September 11, 2023                          Respectfully submitted,

<u>/s/ M. Todd Welty</u>
M. TODD WELTY
Texas Bar No. 00788642
District of Columbia Bar No. 176744
Georgia Bar No. 745521
MACDONALD A. NORMAN
Texas Bar No. 24088983
District of Columbia Bar No. 1510617
TODD WELTY, P.C.
4279 Roswell Rd NE
Suite 208, #352
Atlanta, Georgia 30342
Telephone: (404) 301-4791
Fax: (678) 840-3481
todd@toddweltypc.com

COUNSEL FOR DEFENDANTS

        DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Daniel M. Caves (with consent)*
DANIEL M. CAVES
ANDERSON P. HESTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 514-6058
Facsimile: (202) 514-5238
Email: Daniel.M.Caves@usdoj.gov

COUNSEL FOR THE PLAINTIFF

4

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the attached filing has been made through the Court's CM/ECF system on September 11, 2023 to all parties who have entered an appearance in this action and are participating in the Court's CM/ECF electronic filing system.

                                                        */s/ M. Todd Welty*
                                                        M. TODD WELTY
                                                        Todd Welty, P.C.