IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. |
| ) | 2:23-CV-10957-JJCG-EAS |
| *Plaintiff,* ) | |
| ) | District Judge Jonathan J.C. |
| v. ) | Grey |
| ) | Magistrate Judge Elizabeth A. |
| KEVIN R. ADELL, *et al.*; ) | Stafford |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

### ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL FOR THE UNITED STATES

The Court, having considered the United States' Motion to Withdraw Co-Counsel [ECF No. 23], finds that good cause exists for the requested relief and accordingly the Motion is **GRANTED**.

**THEREFORE IT IS ORDERED**, that Forrest T. Young be withdrawn as counsel for the United States in the above-captioned matter, and that Mr. Young be removed from the service list for this case.

Dated: September 14, 2023

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
U.S. District Court Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 14, 2023.

      <u>s/ **S. Osorio**</u>
      Sandra Osorio
      Case Manager