UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Kevin R. Adell, individually;
Kevin R. Adell as the personal
Representative of the ESTATE OF
Franklin Z. Adell;
Adell Broadcasting Corp.; and
Ralph G. Lameti as Trustee of the
Orchard Lake Property Trust

        Defendants.

_____/

Case No. 23-CV-10957

Hon. Jonathan J.C. Grey

## SCHEDULING ORDER

This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:     **October 23, 2023**

**Amendments to Pleadings or Joinder of Parties**
   must be filed by:     **November 20, 2023**
**Initial Witness List** must be exchanged by:     **October 23, 2023**

**Fact Discovery** must be completed by:     **October 24, 2024**

**Expert Discovery:**
Expert Discovery must be completed by:     **January 24, 2025**

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures. The Scheduling Order continues to govern the case during the ADR process. See Local Rule 16.3(g).

**Referrals to the Magistrate Judge:**

**Motions** (except trial motions in limine) must be filed by: **February 24, 2025**

*Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.*

**Final Pretrial Conference:**

1) A proposed ***Joint* Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by: **N/A**

2) The **final pretrial conference** is set for: **N/A**
3) Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury__ or Bench **X**) is set for: **June 3, 2025, at 8:30am**
No. of Days: **TBD**

1) The parties must exchange exhibits listed in the JFPTO prior to trial. Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2) The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:

1)      The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.

2)      Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.

3)      A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion. Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

**Additional Matters:**

                                                     **s/Jonathan J.C. Grey**
                                                     Jonathan J.C. Grey
Dated:  October 30, 2023         United States District Court Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2023.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager