IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> KEVIN R. ADELL, individually; ) <br> KEVIN R. ADELL as the Personal ) <br> Representative of the ESTATE OF ) <br> FRANKLIN Z. ADELL; ADELL ) <br> BROADCASTING CORP.; RALPH ) <br> G. LAMETI as Trustee of the ) <br> ORCHARD LAKE PROPERTY ) <br> TRUST; and OAKLAND COUNTY ) <br> TREASURER, STATE OF ) <br> MICHIGAN ) <br> ) <br> *Defendants.* ) | Civil Action No. <br> 2:23-cv-10957-JJCG-EAS <br><br> District Judge Jonathan J.C. Grey <br><br> Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Michael Todd Welty, counsel for Defendants in the above-captioned matter, is now affiliated with the law firm of Kostelanetz LLP. His contact information is as follows:

> M. Todd Welty
> Kostelanetz LLP
> 4279 Roswell Rd NE
> Suite 208, #352
> Atlanta, Georgia 30342
> Telephone: (404) 301-4791
> Fax: (678) 680-7901
> twelty@kostelanetz.com

Dated:  July 17, 2024    Respectfully submitted,

*/s/  M. Todd Welty*
M. TODD WELTY
Texas Bar No. 00788642
District of Columbia Bar No. 176744
KOSTELANETZ LLP
4279 Roswell Rd NE
Suite 208, #352
Atlanta, Georgia 30342
Telephone: (404) 301-4791
Fax: (678) 680-7901
twelty@kostelanetz.com

COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, that service of this Notice of Change of Address has been made through the Court's CM/ECF system on July 17, 2024 to all parties who have entered an appearance in this action and are participating in the Court's CM/ECF electronic filing system.

/s/ M. Todd Welty
M. Todd Welty
Kostelanetz LLP