IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN R. ADELL, individually; | ) | Civil Action No. |
| KEVIN R. ADELL as the Personal | ) | 2:23-cv-10957-JJCG-EAS |
| Representative of the ESTATE OF | ) | |
| FRANKLIN Z. ADELL; ADELL | ) | District Judge Jonathan J.C. |
| BROADCASTING CORP.; RALPH | ) | Grey |
| G. LAMETI as Trustee of the | ) | |
| ORCHARD LAKE PROPERTY | ) | Magistrate Judge Elizabeth A. |
| TRUST; and OAKLAND COUNTY | ) | Stafford |
| TREASURER, STATE OF | ) | |
| MICHIGAN | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Macdonald A. Norman, counsel for Defendants in the above-captioned matter, is now affiliated with the law firm of Kostelanetz LLP. His contact information is as follows:

> Macdonald A. Norman
> Kostelanetz LLP
> 4279 Roswell Rd NE
> Suite 208, #352
> Atlanta, Georgia 30342
> Telephone: (404) 301-4791
> Fax: (678) 680-7901
> mnorman@kostelanetz.com

Dated:  July 17, 2024	Respectfully submitted,

                                                        */s/  Macdonald A. Norman*  
Macdonald A. Norman  
Texas Bar No. 24088983  
District of Columbia Bar No. 1510617  
KOSTELANETZ LLP  
4279 Roswell Rd NE  
Suite 208, #352  
Atlanta, Georgia 30342  
Telephone: (404) 301-4791  
Fax: (678) 680-7901  
mnorman@kostelanetz.com  

COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, that service of this Notice of Change of Address has been made through the Court's CM/ECF system on July 17, 2024 to all parties who have entered an appearance in this action and are participating in the Court's CM/ECF electronic filing system.

*/s/ Macdonald A. Norman*
Macdonald A. Norman
Kostelanetz LLP