# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN R. ADELL, et al.,

    Defendants.

_____/

Case No. 23-10957
Hon. Jonathan J.C. Grey
Mag. Judge Elizabeth A. Stafford

## ORDER GRANTING EX PARTE MOTION FOR STAY DURING LAPSE OF APPROPRIATIONS

The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

**SO ORDERED**.

Date: October 2, 2025

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2025.

<u>s/ S. Osorio</u><br>
Sandra Osorio<br>
Case Manager